IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENIYA NAKEIDRA SMITH,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-4215 |
| | : | |
| **SIERRA THOMAS-STREET,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 29th day of August, 2024, upon consideration of Plaintiff Deniya Nakeidra Smith's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** in its entirety for the reasons in the Court's Memorandum as follows:

    a. Claims for which the Ase Family Trust is the true party in interest, including all claims for prospective injunctive relief, are **DISMISSED WITHOUT PREJUDICE** because Smith may not pursue those claims.

    b. Smith's claims are **DISMISSED WITH PREJUDICE**.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Harvey Bartle III
**HARVEY BARTLE III, J.**